1
2
3
4
5          **UNITED STATES DISTRICT COURT**
6          **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KONSTANTINE PANAGIOTIS LOIS and SHANE JARRET WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN JOSEPH LEVIN p/k/a BENNY BLANCO et al., <br><br> Defendants. | Case No.: 2:22-cv-00926-SVW-ADS <br><br> **[PROPOSED] ORDER GRANTING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)** |

## **ORDER**

WHEREAS good cause is shown, IT IS HEREBY ORDERED that, Defendant Edward Christopher Sheeran's ("Sheeran") Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) is GRANTED.

IT IS SO ORDERED.

Dated: _____ , 2022     By: _____

                                                           Honorable Stephen V. Wilson
                                                           United States District Judge