1  Benjamin S. Akley (State Bar No. 278506)
   *bakley@pryorcashman.com*
2  **PRYOR CASHMAN LLP**
3  1801 Century Park East, 24th Floor
   Los Angeles, California 90067-2302
4  Tel: (310) 683-6900
5  Fax: (310) 943-3397

6  Donald S. Zakarin (*pro hac vice* application forthcoming)
7  *dzakarin@pryorcashman.com*
   Ilene S. Farkas (*pro hac vice* application forthcoming)
8  *ifarkas@pryorcashman.com*
9  Andrew M. Goldsmith (*pro hac vice* application forthcoming)
   *agoldsmith@pryorcashman.com*
10 **PRYOR CASHMAN LLP**
11 7 Times Square
   New York, New York 10036
12 Tel: (212) 421-4100
13 Fax: (212) 326-0806

14 *Attorneys for Defendant Benjamin Joseph Levin p/k/a Benny Blanco, Ashley Nicolette*
15 *Frangipane p/k/a Halsey, Nathan Perez p/k/a Happy Perez, Khalid Donnel Robinson*
   *p/k/a Khalid, Edward Christopher Sheeran, Friends Keep Secrets, Inc. and UMG*
16 *Recordings, Inc. d/b/a Interscope Records*

17

18                    **UNITED STATES DISTRICT COURT**
                      **CENTRAL DISTRICT OF CALIFORNIA**

19 KONSTANTINE PANAGIOTIS LOIS     )   Case No. 2:22-cv-00926-SVW-ADS
20 and SHANE JARRET WILLIAMS,      )   **DECLARATION OF ILENE S.**
                                   )   **FARKAS IN SUPPORT OF MOTION**
21             Plaintiffs,         )   **TO DISMISS COMPLAINT**
                                   )   **PURSUANT TO FED. R. CIV. P.**
22                                 )   **12(b)(6)**
         vs.                       )
23                                 )   *(Notice of Motion and Motion and*
24 BENJAMIN JOSEPH LEVIN p/k/a     )   *Request for Judicial Notice filed, and*
   BENNY BLANCO et al.,            )   *[Proposed] Order Lodged Concurrently)*
25                                 )   Date: August 1, 2022
                                   )   Time: 1:30 p.m.
26             Defendants.         )   Place: Courtroom 10A
27 _____)

28

## DECLARATION OF ILENE S. FARKAS

I, Ilene S. Farkas, declare as follows under penalty of perjury:

1. I am a member of Pryor Cashman LLP, attorneys for defendants Benjamin Joseph Levin p/k/a Benny Blanco ("Blanco"), Ashley Nicolette Frangipane p/k/a Halsey ("Halsey"), Nathan Perez p/k/a Happy Perez ("Perez"), Khalid Donnel Robinson p/k/a Khalid ("Khalid"), Edward Christopher Sheeran ("Sheeran"), Friends Keep Secrets, Inc. ("FKSI") and UMG Recordings, Inc. d/b/a Interscope Records ("UMG") (collectively, "Defendants"). I am an attorney admitted to practice in the Courts of the State of New York, and I will be filing an application for *pro hac vice* admission in this action. I am fully familiar with the facts and circumstances set forth in this Declaration, which I respectfully submit in support of Defendants' motion to dismiss the Complaint filed in this action pursuant to Fed. R. Civ. P. 12(b)(6).

2. A copy of the Complaint filed in this action is annexed as Exhibit 1.

3. A redline of the Complaint filed in this action compared to the complaint Plaintiffs filed in the prior action they commenced against Defendants is annexed as Exhibit 2.[1]

4. Printouts of screenshots from the websites of Soundcloud and Spotify—two internet music streaming services—reflecting the number of times *Loveless* was played (or "streamed") by users of each service as of August 20, 2021 are annexed as Exhibit 3.

5. The Form 20-F that Spotify Technology S.A. filed with the Securities and Exchange Commission on or about February 12, 2019, which states, at page 39, that

---

[1] Defendants moved to dismiss the Complaint filed in the prior action on the same bases as this motion but, in addition, Defendants also moved to dismiss because the copyright on which Plaintiffs sued had not been registered. After verifying that Defendants were correct, Plaintiffs dismissed the prior action and then registered the allegedly infringed song.

1

1 | "[t]oday, millions of people around the world have access to over 40 million tracks
2 | through Spotify whenever and wherever they want," is annexed as Exhibit 4.
3 |     6.     Excerpts from *The Harvard Dictionary of Music* including the definitions
4 | of "dyad" and "chord" are annexed as Exhibit 5.
5 |     I declare under penalty of perjury under the laws of the United States of America
6 | that the foregoing is true and correct.
7 | Dated: June 27, 2022

_____
ILENE S. FARKAS