# EXHIBIT 5

DON MICHAEL RANDEL

The Harvard Dictionary of Music

FOURTH EDITION

*The Music of the English Parish Church* (New York: Cambridge U Pr, 1979). David P. DeVenney, *Nineteenth-Century American Choral Music* (Berkeley: Fallen Leaf, 1987). David P. DeVenney, *Early American Choral Music* (Berkeley: Fallen Leaf, 1988). David P. DeVenney, *American Choral Music since 1920* (Berkeley: Fallen Leaf, 1993). David P. DeVenney, *Source Readings in American Choral Music* (Missoula, Mont.: College Music Society, 1995).

**Choralnotation** [Ger.]. The notation of *plainsong; also notation of this type, especially that with square note-shapes, employed in the Middle Ages for other repertories, including secular monophonic music. See Neume.

**Choralrhythmus** [Ger.]. The rhythm of *plainsong. See Gregorian chant.

**Choral Symphony.** Popular name for Beethoven's Symphony no. 9 in D minor op. 125 (1822–24). The fourth and final movement, the introduction to which quotes themes from the preceding movements, is a setting for four soloists, chorus, and orchestra of Schiller's ode "To Joy" [Ger. "An die Freude"]. The first movement is an allegro, the second a scherzo with trio, and the third an adagio, all for orchestra alone.

**Choralvorspiel** [Ger.]. *Chorale prelude.

**Chord** [Fr. *accord;* Ger. *Akkord, Zusammenklang;* It. *accordo;* Sp. *acorde*]. Three or more pitches sounded simultaneously or functioning as if sounded simultaneously; two such pitches are normally referred to as an *interval. The most basic chords in the system of tonic-dominant or triadic *tonality are the major and minor *triads and their *inversions (the *sixth or six-three chord and the *six-four chord). Other chords that play an important though subordinate role are the *seventh chord (especially the dominant seventh), the augmented *sixth chord, the ninth chord, and the diminished triad, each of which is regarded in this context as dissonant [see Consonance, dissonance]. In the analysis of tonal music [see Harmonic analysis], all chords may be regarded as consisting of or deriving from two or more thirds (whether major or minor; see Interval) arranged one above another (e.g., G–B–D–F). When a chord is arranged in this most compact form containing only thirds, the lowest pitch is the root. A chord in which the root is the lowest pitch is said to be in root position regardless of the spacing of the pitches that lie above the root. The superposition of thirds may be extended to include ninth, eleventh, and thirteenth chords, each of which takes its name from the interval that separates the lowest and highest pitches when the chord is in the most compact form of root position. All such chords can be inverted, and, in some circumstances, one or more pitches other than the highest may be omitted.

In works of the 20th century not based on the tonal system, chords of numerous types are used, the concepts of consonance and dissonance being often irrelevant [see also Fourth chord, Tone cluster, Atonality, Twelve-tone music]. Discussions of such music often prefer the term simultaneity to chord, though the latter may appear in such compounds as trichord, tetrachord, pentachord, and *hexachord for collections of three, four, five, and six pitches, respectively, that may or may not be sounded simultaneously. Two pitches may be referred to as a dyad.

**Chorda** [Gr., Lat., string]. Pitch, note.

**Chordal style.** A style or texture consisting of *chords whose pitches are sounded simultaneously. Such texture is also described as homophonic or *homorhythmic. In strict chordal style, the number of pitches in each chord (and thus the number of parts making up the texture) remains constant (most often four, as in the Protestant chorale or hymn). In free chordal style, the number of pitches may vary.

**Chordophone.** Any instrument in which sound is produced by the vibration of a string. Chordophone strings are made of a variety of materials, including plant fiber, animal gut, steel, brass, silk, bamboo, and nylon [see also String]. They may be set in motion by plucking (as in the guitar), by striking (piano), or by bowing (violin). In some chordophones (such as the piano), strings are tuned to fixed pitches in advance and not normally altered during performance. In others (such as the violin), different pitches are produced in performance by altering the effective length or tension of a string. [For a discussion of the relationship of length, tension, and thickness of strings to their pitch, see Acoustics.] Many chordophones are provided with a *sound box or *resonator to amplify and prolong the sound. Chordophones are classified on the basis of their shape and construction into the following families: *harps, *lutes (including violins and guitars), *lyres, *musical bows, and *zithers (including pianos and harpsichords). See also Instrument.

**Chorea** [Lat.]. From the Middle Ages through the 17th century, a piece to be danced to, including specific types such as the *passamezzo.

**Choreography.** The planning or composing of movement in *dance, including ballet; the plan or composition that results for a specific work; also the basic pattern of movement in a social dance.

**Chorister.** A singer in a choir, especially a boy singer.

**Chorlied** [Ger.]. A choral song, especially one without accompaniment.

**Chôro** [Port.]. An ensemble of serenaders established in the later 19th century in Rio de Janeiro consisting of guitars, *cavaquinhos* (small, four-string guitars), flute and other winds, and percussion and dedicated to the polka and other dances of European derivation. In the early 20th century, it became prominently associated with such distinctive Brazilian popular dances as the *maxixe and *samba. The term *chôro* is also applied to various kinds of instrumental music that reflect the

1821). Instrumental pieces of related character were composed by Liszt, Mussorgsky, Tchaikovsky, and above all Dvořák (*Dumka* for piano op. 35, 1876; \*Furiant with Dumka* for piano op. 12, 1884; Piano Trio op. 90, "Dumky Trio," 1891).

**Dump, domp.** A type of piece for lute or keyboard of which about 20 examples survive from the late 16th and early 17th centuries. Most are continuous variations on *ground basses that alternate tonic and dominant harmonies (e.g., for one measure each, TTDD or DTDT or TTDT) or on one of the familiar patterns such as the *romanesca. Like the dump mentioned in literary sources, these pieces are probably *laments. The earliest example is "My Lady Carey's Dompe" for keyboard (ca. 1525).

Bibl.: John Ward, "The 'Dolfull Domps,'" *JAMS* 4 (1951): 111–21.

**Duo.** (1) *Duet. (2) An ensemble of two players. See also Duo sonata.

**Duole** [Ger.], **duolet** [Fr.]. *Duplet.

**Duo sonata.** In the Baroque period, a *sonata *a 2*, i.e., for one melody instrument and continuo.

**Dupla** [Lat.]. (1) The ratio 2:1; hence, in early discussions of intervals, the octave; in the system of rhythmic *proportions, the diminution of durations by half. (2) Plural of *duplum*.

**Duple meter, time.** See Meter.

**Duplet** [Fr. *duolet*; Ger. *Duole*; It. *duina*; Sp. *dosillo*]. A group of two notes of equal duration to be played in the time normally taken up by three notes of the same type, e.g., two eighth notes (marked with the figure 2) in the time of three eighth notes in 6/8, 9/8, or 12/8.

**Duplex instrument.** A brass instrument that combines two instruments in one, the player switching between the two by means of a valve. The two most common examples are the double-belled *euphonium and the double *horn.

**Duplex longa** [Lat.]. In *mensural notation, the note value next larger than the *longa*, also called a *maxima*.

**Duplum** [Lat., pl. *dupla*]. In music of the *Notre Dame repertory (except for the *motet, where it was termed the *motetus*), the part immediately above the tenor; *organum duplum*, *organum in two parts. See also Triplum, Quadruplum.

**Dur, moll** [Ger., fr. Lat. *durus*, hard, *mollis*, soft]. Major, minor. The terms originally denoted the two forms of the letter b in the *hexachord system of the Middle Ages and Renaissance: "hard" or "square" b for B-natural, and "soft" or "round" b for B-flat [see also Accidental]. They seem to have been used with their present meanings for the first time in Andreas Werckmeister's *Die nothwendigsten Anmerckungen* (1698).

Bibl.: Carl Dahlhaus, "Die Termini Dur und Moll," *AfMw* 12 (1955): 280–96.

**Duramente** [It.]. Harshly.

**Duration.** The time that a sound or silence lasts. This can be measured in seconds or similar units, though for this purpose common musical notation employs *notes and rests of various shapes whose values are fixed with respect to one another. The absolute duration of individual notes and rests in the system is fixed either approximately, through the use of terms such as *allegro* (fast), or precisely, by the specification of the number of occurrences per minute of some particular value. See also Tempo, Performance marks, Metronome.

**Durchbrochene Arbeit** [Ger.]. A technique of composition, often encountered in works of the Classical period, in which melodic material is broken into fragments and distributed among two or more instruments or parts.

**Durchdringend** [Ger.]. Piercing, shrill.

**Durchführung** [Ger.]. (1) In a movement in *sonata form, the development. (2) In a *fugue, an exposition.

**Durchkomponiert** [Ger.]. *Through-composed.

**Duret, duretto.** (1) A *courante melody or courante-like dance mentioned in some early 17th-century English *masque texts (e.g., *Masque of Flowers*, 1614). According to Michael Praetorius (*Terpsichore*, 1612), the courante tune "La Durette" was named for its composer. The term was also known in England and may have been synonymous with the dance category. (2) A German corruption of *durezza*.     B.G.

**Durezza** [It.]. (1) Harshness. (2) In 17th-century Italy, a dissonance, as in a *toccata di durezze e ligature*.

**Dutār** [Per.]. A *long-necked lute of Iran and Central Asia with two strings of silk or metal, a fretted neck, and a pear-shaped body. See also *Dömbra*.

**Dux, comes** [Lat.]. In compositions employing *imitation, such as the *canon and *fugue, the leading voice and the following or imitating voice, respectively.

**Dyad.** Two pitches, whether sounded simultaneously or successively. The term is used principally with reference to nontonal music.

**Dynamic marks.** Terms, abbreviations, and symbols used in musical notation to indicate degrees of loudness and transitions from one to another. See Performance marks.

**Dynamics.** (1) That aspect of music relating to degrees of loudness. (2) *Dynamic marks.