Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6900
Fax: (310) 943-3397

Donald S. Zakarin (*pro hac vice application forthcoming*)
*dzakarin@pryorcashman.com*
Ilene S. Farkas (*pro hac vice application forthcoming*)
*ifarkas@pryorcashman.com*
Andrew M. Goldsmith (*pro hac vice application forthcoming*)
*agoldsmith@pryorcashman.com*
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Tel: (212) 421-4100
Fax: (212) 326-0806

Attorneys for *Defendants Benjamin Joseph Levin p/k/a Benny Blanco, Ashley Nicolette Frangipane p/k/a Halsey, Nathan Perez p/k/a Happy Perez, Khalid Donnel Robinson p/k/a Khalid, Edward Christopher Sheeran, Friends Keep Secrets, Inc. and UMG Recordings, Inc. d/b/a Interscope Records*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KONSTANTINE PANAGIOTIS LOIS and SHANE JARRET WILLIAMS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>BENJAMIN JOSEPH LEVIN p/k/a BENNY BLANCO et al.,<br><br>            Defendants. | CCase No. 2:22-cv-00926-SVW-ADS<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>*(Notice of Motion and Motion and Declaration of Ilene Farkas filed, and [Proposed] Order Lodged Concurrently)*<br><br>Date: August 1, 2022<br>Time: 1:30 p.m.<br>Place: Courtroom 10A |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, defendants Benjamin Joseph Levin p/k/a Benny Blanco ("Blanco"), Ashley Nicolette Frangipane p/k/a Halsey ("Halsey"), Nathan Perez p/k/a Happy Perez ("Perez"), Khalid Donnel Robinson p/k/a Khalid ("Khalid"), Edward Christopher Sheeran ("Sheeran"), Friends Keep Secrets, Inc. ("FKSI") and UMG Recordings, Inc. d/b/a Interscope Records ("UMG") (collectively, "Defendants") request that the Court take judicial notice of the following documents submitted in connection with their motion to dismiss the Complaint filed in this action ("Complaint") pursuant to Fed. R. Civ. P. 12(b)(6):

1. Printouts of screenshots from the websites of Soundcloud and Spotify—two internet music streaming services—demonstrating the number of times *Loveless* was played (or "streamed") by users of each service as of August 20, 2021. These printouts are annexed as Exhibit 3 to the Farkas Declaration.

2. The Internet article available at www.musicbusinessworldwide.com/over-60000-tracks-are-now-uploaded-to-spotify-daily-thats-nearly-one-per-second/, which cites an official Spotify "Stream On" event, available at www.youtube.com/watch?v=Vvo-2MrSgFE&ab_channel=Spotify, which states that 60,000 tracks are uploaded to Spotify on a daily basis.

3. The Form 20-F that Spotify Technology S.A. filed with the United States Securities And Exchange Commission on or about February 12, 2019, which states, at page 39, that "[t]oday, millions of people around the world have access to over 40 million tracks through Spotify whenever and wherever they want." A copy of the Form 20-F is annexed as Exhibit 4 to the Farkas Declaration.

4. Excerpts from *The Harvard Dictionary of Music* including the definitions of "dyad" and "chord." These excerpts are annexed as Exhibit 5 to the Farkas Declaration.

The Court may take judicial notice of facts that are "generally known within the trial court's territorial jurisdiction" or that "can be accurately and readily determined

from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201. The above information is entitled to judicial notice because the accuracy of the cited sources cannot be reasonably questioned. *E.g.*, *CI Games S.A. v. Destination Films*, 16-cv-05718 (SVW), 2016 WL 9185391 at *7 n. 16 (C.D. Cal. Oct. 25, 2016) (taking judicial notice of dictionary definitions and documents referenced in complaint) (quotations omitted); *In re Amgen Inc. Securities Litig.*, 544 F. Supp. 2d 1009, 1023 (C.D. Cal. 2008) (taking judicial notice of information on FDA website); *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 n.7 (9th Cir. 2008) (taking judicial notice of SEC disclosures); *Klein v. Leis*, 06-cv-164 (SJD), 2006 WL 1489686, at *1 n.3 (S.D. Ohio May 30, 2006), *aff'd*, 548 F.3d 425 (6th Cir. 2008) (taking judicial notice of information on IMDb.com); *In re Google Assistant Privacy Litigation*, 19-cv-04286 (BLF), 546 F. Supp. 3d 945, 957 (taking judicial notice of screenshot from webpage on Google's Help Center); *In re Adobe Systems, Inc. Privacy Litigation*, 66 F. Supp. 3d 1197, 1210 n.3 (N.D. Ca. Sept. 4, 2014) (taking judicial notice of Adobe's End User License Agreements publicly available on its website).

**PRYOR CASHMAN LLP**

Dated: June 30, 2022           By:   /s/ Benjamin S. Akley
                                     Benjamin S. Akley
                                     bakley@pryorcashman.com

*Attorneys for Defendants Benjamin Joseph Levin p/k/a Benny Blanco, Ashley Nicolette Frangipane p/k/a Halsey, Nathan Perez p/k/a Happy Perez, Khalid Donnel Robinson p/k/a Khalid, Edward Christopher Sheeran, Friends Keep Secrets, Inc. and UMG Recordings, Inc. d/b/a Interscope Records*