1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONSTANTINE PANAGIOTIS LOIS and SHANE JARRET WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN JOSEPH LEVIN p/k/a BENNY BLANCO et al.,<br><br>Defendants. | Case No.: 2:22-cv-00926-SVW-ADS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

# ORDER

WHEREAS good cause is shown, IT IS HEREBY ORDERED that, Defendants Benjamin Joseph Levin p/k/a Benny Blanco ("Blanco"), Ashley Nicolette Frangipane p/k/a Halsey ("Halsey"), Nathan Perez p/k/a Happy Perez ("Perez"), Khalid Donnel Robinson p/k/a Khalid ("Khalid"), Edward Christopher Sheeran ("Sheeran"), Friends Keep Secrets, Inc. ("FKSI") and UMG Recordings, Inc. d/b/a Interscope Records's ("UMG") (collectively, "Defendants") Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED.

IT IS SO ORDERED.

Dated: _____ , 2022

By: _____
    Honorable Stephen V. Wilson
    United States District Judge