1  Benjamin S. Akley (State Bar No. 278506)
2  *bakley@pryorcashman.com*
   **PRYOR CASHMAN LLP**
3  1801 Century Park East, 24th Floor
4  Los Angeles, California 90067-2302
   Tel: (310) 683-6900
5  Fax: (310) 943-3397

6  Donald S. Zakarin (admitted *pro hac vice*)
7  *dzakarin@pryorcashman.com*
   Ilene S. Farkas (admitted *pro hac vice*)
8  *ifarkas@pryorcashman.com*
9  Andrew M. Goldsmith (admitted *pro hac vice*)
   *agoldsmith@pryorcashman.com*
10 **PRYOR CASHMAN LLP**
11 7 Times Square
   New York, New York 10036
12 Tel: (212) 421-4100
13 Fax: (212) 326-0806
14 *Attorneys for Defendant Benjamin Joseph Levin p/k/a Benny Blanco, Ashley Nicolette Frangipane p/k/a Halsey, Nathan Perez p/k/a Happy Perez, Khalid Donnel Robinson*
15 *p/k/a Khalid, Edward Christopher Sheeran, Friends Keep Secrets, Inc. and UMG Recordings, Inc. d/b/a Interscope Records*
16

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KONSTANTINE PANAGIOTIS LOIS and SHANE JARRET WILLIAMS,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BENJAMIN JOSEPH LEVIN p/k/a BENNY BLANCO et al.,<br><br>        Defendants. | CCase No. 2:22-cv-00926-SVW-ADS<br><br>**REQUEST FOR ZOOM APPEARANCE RE INITIAL STATUS CONFERENCE (DKT. 62)** |

## REQUEST FOR ZOOM APPEARANCE

Pursuant to this Court's individual practices and procedures, Defendants hereby request that their counsel, several of whom are located in Pryor Cashman's New York office, be permitted to appear remotely via Zoom at the Initial Status Conference scheduled on November 14, 2022 at 3:00 PM.

Respectfully submitted,

**PRYOR CASHMAN LLP**

Dated: October 11, 2022     By:    */s/ Benjamin S. Akley*

Benjamin S. Akley
*bakley@pryorcashman.com*

*Attorneys for Defendant Benjamin Joseph Levin p/k/a Benny Blanco, Ashley Nicolette Frangipane p/k/a Halsey, Nathan Perez p/k/a Happy Perez, Khalid Donnel Robinson p/k/a Khalid, Edward Christopher Sheeran, Friends Keep Secrets, Inc. and UMG Recordings, Inc. d/b/a Interscope Records*