1  Mathew K. Higbee, Esq., SBN 241380
   Naomi M. Sarega, Esq., SBN 306967
2  Ryan E. Carreon, Esq., SBN 311668
   **HIGBEE & ASSOCIATES**
3  1504 Brookhollow Dr., Suite 112
   Santa Ana, CA 92705
4  (714) 617-8300
   (714) 597-6559 facsimile
5  mhigbee@higbee.law
   nsarega@higbee.law
6  rcarreon@higbee.law

7  Steven T. Lowe, Esq., SBN 122208
   **LOWE & ASSOCIATES, P.C.**
8  11400 Olympic Boulevard, Suite 640
   Los Angeles, CA 90064
9  (310) 477-5881
   (310) 477-7672 facsimile
10 steven@lowelaw.com

11 *Attorneys for Plaintiffs,*
   KONSTANTINE PANAGIOTIS LOIS, and
12 SHANE JARRET WILLIAMS

13              **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| 15  KONSTANTINE PANAGIOTIS LOIS, and SHANE JARRET WILLIAMS, | Case No. 2:22-cv-00926-SVW-ADS |
| 16 | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| 17        Plaintiffs, | |
| 18  v. | |
| 19  BENJAMIN JOSEPH LEVIN p/k/a BENNY BLANCO; ASHLEY NICOLETTE FRANGIPANE p/k/a HALSEY; NATHAN PEREZ p/k/a HAPPY PEREZ; KHALID DONNEL ROBINSON p/k/a KHALID; EDWARD CHRISTOPHER SHEERAN; BROADCAST MUSIC, INC.; FRIENDS KEEP SECRETS, INC.; UMG RECORDINGS, INC. d/b/a INTERSCOPE RECORDS; and DOES 1 through 10, inclusive, | |
| 25        Defendants. | |

                                1
              **DISMISSAL WITH PREJUDICE**

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Konstantine Panagiotis Lois and Shane Jarret Williams ("Plaintiffs") and Defendants Benjamin Joseph Levin p/k/a Benny Blanco ("Blanco"), Ashley Nicolette Frangipane p/k/a Halsey ("Halsey"), Nathan Perez p/k/a Happy Perez ("Perez"), Khalid Donnel Robinson p/k/a Khalid ("Khalid"), Edward Christopher Sheeran ("Sheeran"), Friends Keep Secrets, Inc. ("FKS") and UMG Recordings, Inc. d/b/a Interscope Records ("UMG") (collectively, the "Defendants"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismiss all parties and claims in the above captioned action with prejudice. The parties shall bear their own attorneys' fees, expenses, and costs incurred in connection with the prosecution or defense of this action.

Dated: February 28, 2023            **HIGBEE & ASSOCIATES**

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
Cal. Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
(714) 597-6559 facsimile
*Attorney for Plaintiffs*

Dated: February 28, 2023            **PRYOR CASHMAN LLP**

By:   */s/ Benjamin S. Akley*
Benjamin S. Akley
bakley@pryorcashman.com
*Attorneys for Defendants Benjamin Joseph Levin p/k/a Benny Blanco, Ashley Nicolette Frangipane p/k/a Halsey, Nathan Perez p/k/a Happy Perez, Khalid Donnel Robinson p/k/a Khalid, Edward Christopher Sheeran, Friends Keep Secrets, Inc. and UMG Recordings, Inc. d/b/a Interscope Records*

## ATTESTATION REGARDING SIGNATURES

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: February 28, 2023

Respectfully submitted,

**/s/ Ryan E. Carreon**
Ryan E. Carreon, Esq.
Cal. Bar No. 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6729 facsimile
*Counsel for Plaintiff*